**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 12-bk-53707 |
| Scott Ray } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:	Scott Ray

Street:	88 S. Frey Ave.

City, State, Zip: West Jefferson, OH 43162

**Please be advised that effective October 5, 2016**
**my new mailing address is:**

Name:	Scott Ray

Street:	17 High St. NE

City, State, Zip: London, OH 43140

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on October 5, 2016 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Scott Ray
17 High St. NE
London, OH 43140

                              Respectfully Submitted,
                              /s/ Erin E. Schrader
                              Erin E. Schrader (0078078)
                              Rauser & Associates
                              5 East Long St., Suite 300
                              Columbus, OH 43215
                              (614) 228-4480